IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-01072 (GBL/TCB) |
| v. | ) ) ) | |
| AAA AUTO GLASS, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the March 16, 2015 Report and Recommendation of United States Magistrate Judge Theresa Carroll Buchanan (Doc. 17), who was designated to review Plaintiff's Motion for Default Judgment. Plaintiff's sought a permanent injunction against Defendant on their trademark infringement claims (Doc. 12). No objection having been filed within fourteen (14) days, and upon an independent review of the record, it is hereby

**ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan. The final judgment is to follow.

**IT IS SO ORDERED.**

ENTERED this 3rd day of June, 2015.

Alexandria, Virginia
6/  /15

Claude M. Hilton
USDJ